THE PEOPLE OF THE STATE OF NEW YORK ex rel. FANNIE MENDELOVICH, Respondent, *v.* NATHAN ABRAHAMS, Appellant.

*People ex rel. Mendelovich v. Abrahams*, 105 App. Div. 642, affirmed.
(Argued April 18, 1906; decided May 8, 1906.)

APPEAL from an order of the Appellate Division of the Supreme Court in the first judicial department, entered

35

June 28, 1905, which affirmed an order of the Court of Special Sessions of the city of New York adjudging the defendant to be the father of a bastard child.

*Henry M. Haviland* for appellant.

*John J. Delany, Corporation Counsel (Theodore Connoly* and *Herman Stiefel* of counsel), for respondent.

Order affirmed, with costs; no opinion.

Concur: CULLEN, Ch. J., GRAY, EDWARD T. BARTLETT, HAIGHT, VANN, WILLARD BARTLETT and CHASE, JJ.